U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2007

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    United States v. Angela Hamblin
             07 Cr. 1191 (LAP)

Dear Judge Preska:

    Enclosed please find a copy of the indictment in the above-captioned case, which was returned by the grand jury on Tuesday and assigned to Your Honor. Also enclosed is a copy of the criminal complaint filed against the defendant.

    The defendant is scheduled to be arraigned by a United States Magistrate Judge on January 10, 2008 and the parties are scheduled to appear before Your Honor on February 5, 2008 at 4:15 p.m. The Government has already begun to produce discovery to the defendant and it will continue its discovery production prior to appearing before the Court. Accordingly, the Government requests that the Court exclude the time between today and February 5, 2008 in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A); the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

December 21, 2007

because this exclusion will permit the Government to produce discovery and the defendant to review that discovery. Richard Berne, Esq., counsel for the defendant, consents to the exclusion of time.

                Very truly yours,

                MICHAEL J. GARCIA
                United States Attorney

By: *[signature]*
                Christine Meding
                Assistant U.S. Attorney
                (212) 637-2614 (phone)
                (212) 637-2429 (fax)
                christine.meding@usdoj.gov

cc:    Richard Berne, Esq. (w/o enclosures)