

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08
```

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

>    Re:   **United States v. Angela Hamblin**
>          **07 Cr. 1191 (LAP)**

Dear Judge Preska:

   The Government writes to inform the Court that the defendant was arraigned on February 5, 2008, in Magistrate Court, before the Honorable Debra Freeman. The next pretrial conference before Your Honor is scheduled for February 26, 2008, at 12:00pm. Judge Freeman excluded time until February 26 in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the Government to continue to produce discovery to the defendant, and to allow the defendant time to review that discovery.

   Although the defendant was arraigned on February 5, the Government did not ask Judge Freeman to consider or enter an order with respect to the bail conditions under which the defendant was released in the District of Massachusetts. Those conditions are: a $100,000 personal recognizance bond cosigned by one financially responsible person; surrender of passport; travel restricted to the District of Massachusetts and New York; maintain current residence in Revere, Massachusetts; refrain from possessing a firearm, destructive device, or other dangerous weapons; report any contact with law enforcement personnel to the pretrial services office; and no purchases or sales on the internet.[1]

---

[1] The Pretrial Services Office in the District of Massachusetts informed me that although the Clerk's office did not note on the bail order that the bond be cosigned, the Magistrate Court ordered that the bond be cosigned, and the defendant's husband has in fact cosigned the bond, satisfying that condition. If this Court chooses to impose same bail conditions, the bond can

Hon. Loretta A. Preska
February 8, 2008
Page 2

The Government believes that these bail conditions are satisfactory to ensure the defendant's appearance in this District and respectfully requests that the Court reset those bail conditions in the Southern District of New York, at the February 26 conference.

*The bail conditions set out above are approved.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 13, 2008

cc: Richard S. Berne, Esq. (By facsimile)

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Seetha Ramachandran
Assistant United States Attorney
(212) 637-2546

simply be transferred to the Southern District of New York.