# Verrill Dana LLP
### Attorneys at Law

*Via fax: 212-805-7941*

February 20, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street Room 1320
New York NY 10007

Re:   United States v. Angela Hamblin
      07-cr-1191 (LAP)

Dear Judge Preska:

I write to request that Angela Hamblin be excused from appearing at the Pretrial Conference scheduled before Your Honor on February 26, 2008 at noon. As you are aware, Ms. Hamblin was arraigned on February 5, 2008 before Magistrate Debra Freeman and the Government, in its February 8, 2008 letter to the Court, indicated that the bail conditions set during her initial appearance in the District of Massachusetts are satisfactory to ensure Ms. Hamblin's appearance in the District. We join in the Government's request to re-set those bail conditions during the February 26th conference.[1]

It is my understanding that the primary purpose of the conference is procedural, i.e. to determine the status of discovery and to establish a motion schedule. I have advised Ms. Hamblin of the Speedy Trial ramifications of these issues and she agrees to waive the time set for completion of discovery and for filing motions in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Ms. Hamblin resides with her husband in Revere, Massachusetts and would incur substantial expense to appear at the conference. In light of the foregoing, and the fact that the hearing will be non-testimonial, I respectfully request that Ms. Hamblin be excused from attending the Pretrial Conference on February 26, 2008. The Government does not

---

[1] The bail conditions are: a $100,000 personal recognizance bond cosigned by one financially responsible person; surrender of passport; travel restricted to the District of Massachusetts and New York; maintain current residence in Revere, Massachusetts; refrain from possessing a firearm, destructive device, or other dangerous weapons; report any contact with law enforcement personnel to the pretrial services office; and no purchases or sales on the internet.

Portland, Augusta, Kennebunk, Maine • Boston • Hartford • Lorettal • Washington A. Preska DC

*February 20, 2008*

SO ORDERED
*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

Honorable Loretta A. Preska
February 20, 2008
Page 2

object to this application.

Thank you for your kind attention.

Respectfully submitted,

Richard S. Berne
Attorney for Defendant
Angela Hamblin

cc:   Seetha Ramachandran, AUSA (via fax)
      Angela Hamblin