| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

ANGELA HAMBLIN,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 1191 (LAP)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, replacing Assistant United States Attorney Christine Meding, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:   /s/ Seetha Ramachandran
     Seetha Ramachandran
     Assistant United States Attorney
     (212) 637-2546

TO:    Richard S. Berne, Esq.
         Berne & Bischoff, LLC
         22 Free Street, Suite 404
         Portland, Maine 04101
         Counsel for Defendant