

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2008

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: **United States v. Angela Hamblin**
       07 Cr. 1191 (LAP)

Dear Judge Preska:

   The Government respectfully requests that the pretrial conference in this case, scheduled for tomorrow, May 28, 2009, at 9:00am, be adjourned until July 2, 2008, at 9:30am. Your Honor's deputy has informed me that this date and time works for the Court. We request this adjournment because the parties are discussing a possible disposition in this case.

   The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and any new conference date the Court sets. The Government makes this request for the parties to allow time for plea negotiations. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). I have spoken with Richard S. Berne, Esq., counsel for the defendant, and he consents to this request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 27, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
  Seetha Ramachandran
  Assistant United States Attorney
  (212) 637-2546

cc: Richard S. Berne, Esq. (By facsimile)