# Verrill Dana LLP
### Attorneys at Law

*MAILED TO COUNSEL* 6/30

*Via fax: 212-805-7941*

~~February 20,~~ June 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street Room 1320
New York NY 10007

Re:   United States v. Angela Hamblin
      07-cr-1191 (LAP)

Dear Judge Preska:

I write to request that Angela Hamblin be excused from appearing at the Status Conference scheduled before Your Honor on July 2, 2008 at 9:30am. As you recall, Mrs. Hamblin was excused by this Court from appearing at the pre-trial conference on February 26, 2008.

It is my understanding that the primary purpose of the status conference is procedural, i.e. to determine the status of discovery and to set a date for trial. I have advised Mrs. Hamblin of the Speedy Trial ramifications of these issues and she agrees to waive the time set for completion of discovery and for trial preparation in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Ms. Hamblin resides with her husband in Revere, Massachusetts and would incur substantial expense to appear at the conference. In light of the foregoing, and the fact that the hearing will be non-testimonial, I respectfully request that Mrs. Hamblin be excused from attending the Status Conference on July 2, 2008. The Government does not object to this application.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 29, 2008

---

Portland, Augusta, Kennebunk, Maine • Boston • Hartford • Kansas City • Washington, D.C.

Honorable Loretta A. Preska
February 20, 2008
Page 2

Should you have any questions regarding this application or require any additional information, I can be reached at (207) 871-7770.

Respectfully submitted,

Richard S. Berne
Attorney for Defendant
Angela Hamblin

cc:   Seetha Ramachandran, AUSA (via fax)
      Angela Hamblin