# BERNE & BISCHOFF, LLC

Attorneys at Law

22 FREE STREET SUITE 404
PORTLAND, MAINE 04101

Tel: (207) 871-7770
Fax: (207) 871-7261

Richard S. Berne
David S. Bischoff

E-mail:  rberne@bernebischoff.com
dbischoff@bernebischoff.com

*Via fax: 212-805-7941*

August 12, 2008

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street Room 1320
New York NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Re:    United States v. Angela Hamblin
       07-cr-1191 (LAP)

Dear Judge Preska:

The Defendant, Angela Hamblin, respectfully requests that the pretrial conference in this case, scheduled on September 3, 2008 at 2:00pm, be adjourned to September 10, 2008 at 12:30pm, due to a conflict in defense counsel's schedule. Your Honor's deputy has informed me that the date and time is convenient for the Court. It is also convenient for the Government.

Both parties consent to the exclusion of the time between today and the new conference date under the Speedy Trial Act. The additional time will be utilized to continue plea negotiations and thus we believe that the ends of justice served by this brief continuance outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

Richard S. Berne
Attorney for Defendant
Angela Hamblin

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 4, 2008

cc:    Seetha Ramachandran, AUSA (via fax)
       Angela Hamblin