```
                                                              USDC SDNY
                                                              DOCUMENT                  52524
                                                              ELECTRONICALLY FILED
                              Request for Adjournment         DOC #: _____
                                                              DATE FILED: 2/10/09
```

TO:      Honorable Loretta A.           OFFENSE:  Mail Fraud (2 Counts), Wire Fraud
         Preska
         U.S. District Court Judge

From:    Thomas J. McCarthy             Original Sentence Date:  April 6, 2009
         Senior U.S. Probation Officer
                                        Required Submission to Counsel Date:
Re:      Hamblin, Angela                March 2, 2009 (35 Days)
         DKT. # 07 CR 1191 (LAP)

Date:    February 6, 2009

AUSA:    Seetha Ramachandran            Defense Counsel:  Richard S. Berne
*********************************************************************************

This adjournment is requested for the following reason:

Following the defendant's guilty plea on February 6, 2009, a 60-day sentence date was erroneously set. Both parties concur that the sentence date should be the standard 90 days from the plea date to allow for the completion of the presentence investigation.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

                                        Respectfully submitted,

                                        Michael J. Fitzpatrick
                                        Chief U.S. Probation Officer

                                   By:  _____
                                        Thomas J. McCarthy
                                        Senior U.S. Probation Officer
                                        212-805-5197

Approved By:  _____
              Allyson L. Felix
              SUSPO

1.  AN ADJOURNMENT IS GRANTED: _____
    IF APPROVED, NEW DATE OF SENTENCE May 6, 2009  TIME & ROOM 4:00 p.m.,
    Courtroom 12A, 500 Pearl Street, New York, NY 10007.

2.  REQUEST IS DENIED _____

2/9/09                                  _____
DATE                                    HONORABLE LORETTA A. PRESKA
                                        U.S. DISTRICT COURT JUDGE