EXHIBIT 3



### MGH Revere HealthCare Center

300 Ocean Ave
Revere, MA 02151
781.485.6000



Massachusetts General Hospital

Honorable Loretta A. Preska
United States District Court
Southern District of New York
New York, New York 10007

June 25, 2009

Dear Judge Preska:

My patient Angela Hamblin (DOB 4/11/1949), whom I have followed since April 2006, has had episodes of rapid atrial fibrillation at rates up to 160. She is currently on a beta-blocker to try to control this and has been in sinus rhythm The risk of recurrent episodes of atrial fibrillation is heightened by adrenergic tone, that is, the "fight or flight" reflex, so emotional stress puts her at increased risk of recurrent rapid heart rates which could lead to passing out because of low blood pressure, fluid in the lungs, or lack of oxygen to the heart causing heart damage or even death. She has had episodes of palpitations where she feels her heart is racing and irregular.

At a visit in September 2008 she had been very stressed by the current legal matter and had experienced palpitations and some left upper chest wall pain. Her blood pressure was elevated at 160/90 and her heart rate was 92. Her heartrate and pulse clearly go up with stress. I increased the dose of the beta-blocker which slows her heartrate if she goes into atrial fibrillation, as well as treating hypertension and gave her a prescription for bupspirone to treat anxiety. In Decmeber 2008, with increased stress, her blood pressure was up to 180/90 and I needed to add hydrochlorthiazide to help control the blood pressure. When her life situation is more stable we plan to do a Holter monitor recording of her heart rhythm to document whether her palpitations represent recurrent atrial fibrillation.

The last year has been very difficult. In addition to her legal problems, her elderly parents became sick and died. She was not allowed to leave the country to be with them until her father died. At that point she went home to England and her mother died five days later. She was very close to her parents and is an only child, so the inability to be with them in their final illnesses was very painful. She is now responsible for settling all of their affairs. Her husband has also become very ill with valvular heart disease--recently had an episode of loss of consciousness--and she is afraid of losing him.

All of this stress has exacerbated her generalized anxiety disorder, so that she is often tearful and distracted. Today I have increased her dose of buspirone from 10 MG to 20 MG daily because her stress is increasing as the sentencing approaches. I hope to try to help keep her calme so that she can function, but I feel she is very fragile.

I believe incarceration would be particularly risky for her. To be separated from her husband during what could be a terminal illness after having been separated from her parents before their deaths would be devastating, particularly because she is still distressed and grieving for them. It will certainly push her anxiety disorder in a dangerous direction and probably exacerbate her cardiac problems in a setting where she may not get optimum care.

I hope you will take this all into consideration. If you need any further information, please call my office.

Sincerely,

*[signature]*

Sandra M. Sweetnam MD

M G H   H E A L T H C A R E   C E N T E R   •   R E V E R E
*Massachusetts General Hospital*

Honorable Loretta A. Preska
United States District Court
Southern District of New York
New York, New York 10007

June 30, 2009

Dear Judge Preska:

Angela Hamblin was referred to the Mental Health Department by her primary care physician, Dr. Sandra Sweetnam. I am the psychiatric social worker assigned to her. I have seen her for an initial evaluation on 4/27/09, then not again until 6/17/09 after her return from Great Britain where she had gone to settle her deceased parents' affairs.

Mrs. Hamblin is being treated for Anxiety Disorder and Adjustment Disorder with mixed anxiety and depression. The anxiety is a product of her ongoing legal case which she describes as wire fraud associated with the sale of paintings. Because of her legal difficulties, she was not allowed to leave the United States to visit with her dying parents, thus missing the death of her father and finally only being with her mother for the last week of her life. This has caused her much sadness which as complicated her grief process. Mrs. Hamblin's anxiety is further affected by serious worries about the health of her husband. She reports ongoing anxiety, difficulty in sleeping, and an irregular heartbeat.

Other contributing factors to her ongoing anxiety include worry about the results of her sentencing, concern about her own cardiac issues, anxiety over the financial expenses incurred in her legal defense, and possible incarceration. In view of the level of her anxiety and the likelihood of her remaining symptomatic for some time, I am very concerned about the impact incarceration will have on her emotional stability, and therefore strongly advocate for an alternative sanction that would not be so seriously destructive to her mental health and very likely to her physical health as well.

*Sylvia E. Gordon, LICSW*
Sylvia E. Gordon, LICSW