

# Kodner | Watkins | Muchnick | Weigley L.C.
Attorneys and Counselors at Law

The Bank of America Building, 7800 Forsyth Blvd., Suite 700, Saint Louis Missouri 63105
(314) 727-9111 / (314) 727-9110 Fax / www.kwmwlaw.com · E-mail. contact@kwmwlaw.com
(314) 727-9022 Direct Dial Fax

ALBERT S. WATKINS, L.C.                                   Direct Extension: 241
Licensed in: Missouri, Illinois, Washington, D.C. and Minnesota    E-Mail: albertswatkins@kwmwlaw.com

---

July 20, 2007

VIA E-MAIL hesimr@yahoo.com
VIA REGULAR U.S. MAIL

Michael R. Hamblin, Ph.D. and
Angela Hamblin
350 Revere Beach Boulevard
Penthouse 2
Revere, MA 02151

Re:   Daniel Liberman v. Angela Hamblin and Michael R. Hamblin, Ph.D.
      St. Louis County Circuit Court Cause No. 07CC-000404

Dear Dr. and Mrs. Hamblin:

Thank you for July 17, 2007 E-mail transmission corresponding to the above-referenced matter. The E-mail transmissions that you sent to me which purportedly memorialized the agreement by Mr. Liberman to fully relieve you of any obligations upon final payment for the subject artwork were dated April 20, 2007. The release of you from any further obligation was premised on your timely remittance of the settlement amounts. In fact, it was not until after you failed to comply with the repayment schedule that the Judgment for punitive damages was procured on June 7, 2007.

The last payment remitted by you to date was in the amount of $20,000.00 and its was not received for negotiation by Mr. Liberman until July 2007, well after the Judgment was procured.

Thus, the $25,000.00 of the Judgment remains unsatisfied. Accordingly, the substance of my July 16, 2007 letter remains accurate and, accordingly, please be advised that we are authorized to extend for your consideration issues relating to your satisfaction of this remaining outstanding $25,000.00 obligation for a period of four (4) days from the date of this letter after which, I have been instructed to proceed with vigorous pursuit of all available legal remedies.

87

Michael R. Hamblin
Angela Hamblin
July 20, 2007
Page 2

inclusive of the setting of a Judgment debtor examination requiring your appearance in Court in St. Louis, Missouri. This would necessitate the elicitation of your testimony under oath regarding the location of assets and issues relating to the underlying fact situation giving rise to the punitive damages.

Again, the choice remains yours.

              Very truly yours,

              Albert S. Watkins, L.C.

ASW/rbt

06160b 072007 AH MH ltr.doc