```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :    STIPULATED ORDER
            -v.-                    :    OF FORFEITURE
                                    :    07 Cr. 1191 (LAP)
ANGELA HAMBLIN,                     :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about December 18, 2007, ANGELA HAMBLIN (the "defendant") was charged in a three-count Indictment 07 Cr. 1191 (LAP) (the "Indictment") with mail fraud in violation of 18 U.S.C. § 1341 (Count One); and wire fraud in violation of 18 U.S.C. §§ 1343 and 2 (Counts Two and Three); and

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property, real and personal, that constitutes or is derived from any proceeds traceable to the commission of the offenses charged, including but not limited to a sum of money equal to at least $410,000 in United States currency;

WHEREAS, on or about February 6, 2009, the defendant pled guilty to the Indictment and admitted to the forfeiture obligation; and

WHEREAS, the parties have agreed that in full satisfaction of the defendant's forfeiture obligation, the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/09

defendant will forfeit to the Government $65,000 in United States Currency (the "Subject Property");

WHEREAS, on or about July 9, 2009, the defendant was sentenced;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff United States of America, by its attorney Assistant United States Attorney, Seetha Ramachandran, the defendant Angela Hamblin and Richard S. Berne, Esq. as counsel:

1. The defendant will fully satisfy her forfeiture obligation by having the Subject Property either wire transferred to the following: ABA# 021030004 ALC#00008154, U.S. Marshal Service, c/o Federal Reserve Bank of NY, 33 Liberty Street, NY, NY 10045 or by issuing a Postal money order, bank or certified check, made payable, to the "United States Marshals Service," and delivered to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

2. As a result of the offenses in the Indictment, for which the defendant pled guilty, a money judgment in the amount of $65,000 shall be entered against the defendant, as part of her criminal sentence. The Subject Property shall be applied in full satisfaction of the money judgment in the amount of $65,000 entered against the defendant.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, ANGELA HAMBLIN, at the time of sentencing and shall be made part of the sentence of said defendant, and shall be included in the judgment of conviction therewith.

4. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit Subject Property in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

7.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8.  The defendant hereby waives, and is barred from asserting, any further claim against the United States, the FBI, the Department of Justice ("DOJ"), the United States Attorney's Office for the Southern District of New York ("USAO-SDNY"), and the United States Marshals Service ("USMS"), or agents, officers, or employees of the United States, FBI, DOJ, USAO-SDNY, and USMS, in connection with the seizure, possession, and forfeiture of the Subject Property, including not limited to, any claim that there was no probable cause to seize, possess, and forfeit the Subject Property, that the defendant is a prevailing party or that the defendant is entitled to attorney's fees or any aware of interest.

9.  The defendant represents that she is the sole owner of the Subject Property and agrees to hold harmless the United States and any and all of its agents and employees (including, without limitation, DOJ, the FBI, the USMS and the USAO-SDNY) from any and all claims, including without limitation, third-party claims, in connection with or arising out of the United States' seizure, restraint, and/or constructive possession of the Subject Property.

10. The parties hereby waive all rights to appeal or

4

to otherwise challenge or contest the validity of this Stipulated Order of Forfeiture.

11. The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument and facsimile signatures shall be acceptable in lieu of original signatures.

12. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Seetha Ramachandran, One St. Andrew's Plaza, New York, New York 10007.

**AGREED AND CONSENTED TO:**
LEV L. DASSIN
Acting United States Attorney for
the Southern District of New York
Attorney for Plaintiff
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2406

By: _____          7/14/09
SEETHA RAMACHANDRAN                        DATE
*Assistant United States Attorney*

Defendant

BY: _____          07/14/09
ANGELA HAMBLIN                             DATE

5

BY: _____     _____7/14/09_____
RICHARD S. BERNE, ESQ.                    DATE
Counsel for the Defendant


SO ORDERED:


_____           July 14, 2009
HONORABLE LORETTA A. PRESKA               DATE
UNITED STATES DISTRICT CHIEF JUDGE

6