```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     ORDER AND JUDGMENT

        -v.-                      :     07 Cr. 1191 (LAP)

ANGELA HAMBLIN,                   :

        Defendant.                :

- - - - - - - - - - - - - - - - -x

       This cause having come on to be heard on the motion of Preet Bharara, United States Attorney for the Southern District of New York, by Rachel Altfest, Assistant United States Attorney,

       IT IS ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

       (a)  the $100,000 personal recognizance bond executed by Angela Hamblin ("Hamblin") and Michael Hamblin be and hereby is FORFEITED;

       (b)  default judgment in the amount of $100,000 in favor of the United States of America against Hamblin be and hereby is ENTERED and the United States of America shall have execution therefor; and

(c) judgment in the amount of $100,000 in favor of the United States of America and against Hamblin and Michael Hamblin, jointly and severally, be and hereby is ENTERED and the United States of America shall have execution therefor.

Dated: New York, New York
April 20, 2011

*Loretta A. Preska*
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT ENTERED:

_____
RUBY J. KRAJICK
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK